CHAMBERS OF
A. WALLACE TASHIMA
UNITED STATES CIRCUIT JUDGE

September 11, 2009

TEL: (626) 229-7373

Committee on Financial Disclosure
c/o Administrative Office of U.S. Courts
One Columbus Circle, NE, Suite 2-301
Washington, DC  20544

Re:   Amendment to 2008 Financial Disclosure Report

Dear Committee Members:

This letter is in response to the Committee's letter to me, dated August 11, 2009.

The asset listed in Part VII, page 5, line 27, "Lamb & Kawakami," is a short term note, which was received as part of a non-reportable transaction – the sale of an interest in ▮▮▮▮▮ home to ▮▮▮▮ The note has since been paid off. I trust that this letter is responsive to the Committee's inquiry.

I hereby also enclose three copies of this letter amendment.

Very truly yours,



encl.

**Tashima, A. Wallace**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TASHIMA, A. WALLACE | 2. Court or Organization<br><br>U.S.C.A. - Ninth Circuit | 3. Date of Report<br><br>07/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>125 South Grand Avenue<br>Pasadena, CA 91105-1652 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

RECEIVED
2009 JUL 21 A 10: 08
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 07/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 3/14/08 | Thomson/West, Eagan, MN - Royalties | $23,878.00 |
| 2. 9/17/08 | Thomson/West, Eagan, MN - Royalties | $54,292.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 2/15/08 - 2/17/08 | Ithaca, New York | Moot Court | Transportation, Hotel & Meals |
| 2. | Morrison & Foerster | 5/2/08 - 5/4/08 | San Diego, CA | Speaker | Transportation, Hotel & Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 07/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual, Los Angeles, CA | Mortgage on investment property ● | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Dreyfus Liquid Asset Fund | B | Dividend | L | T | | | | | |
| 2. Rowe Price Int'l Bond Fund | A | Dividend | J | T | | | | | |
| 3. John Hancock Money Market Fund | B | Dividend | M | T | | | | | |
| 4. Rowe Price Equity Income Fund | A | Dividend | K | T | | | | | |
| 5. W.L. Morgan Growth Fund (Vanguard) | A | Div. & C.G | K | T | | | | | |
| 6. Vanguard Windsor II Fund | A | Div. & C.G | K | T | | | | | |
| 7. K.I.T. & Company, Inc. (common stock & notes) | A | None | K | U | Closed | 1/3 | K | | N/A |
| 8. Citibank ● | A | Interest | K | T | | | | | |
| 9. Honeywell Intl. Common | A | Dividend | J | T | | | | | |
| 10. Chas. Schwab & Co. Brokerage Acct. Money Market | A | Dividend | J | T | | | | | |
| 11. Hendricks Villa, Inc., common | F | Int./Div. | O | U | | | | | |
| 12. Citibank -Checking (2) | A | Interest | K | T | | | | | |
| 13. Citibank - Savings | A | Interest | L | T | | | | | |
| 14. Janus Research Fund | A | Dividend | K | T | | | | | |
| 15. Rental Prop. #2, L.A., CA Appraisal Date: 12/17/03 | A | Rent | P1 | Q | | | | | |
| 16. Janus Orion Fund | A | Dividend | J | T | | | | | |
| 17. Bank of America | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. JP Morgan Chase | A | Interest | J | T | | | | | |
| 19. Hendricks Villa Inc., common ●, as Trustee) | G | Dividend | P1 | W | | | | | |
| 20. Promissory Note (● as Trustee) | D | Interest | N | T | | | | | |
| 21. Citibank ● Trust | | None | J | T | | | | | |
| 22. Citibank ● Trust (CYP) | | None | J | T | Closed | Unk. | J | | N/A |
| 23. Citibank ● Custodian ● | | None | J | T | Closed | Unk. | J | | N/A |
| 24. Citibank ● Custodian ● | | None | J | T | Closed | Unk. | J | | N/A |
| 25. Citibank ● Custodian ● | | None | J | T | Closed | Unk. | J | | N/A |
| 26. Golden State Scholarshare Trust ● Benef. | A | Dividend | L | T | | | | | |
| 27. Golden State Scholarshare Trust ● Beneficiary | A | Dividend | L | T | | | | | |
| 28. Golden State Scholarshare Trust ● Beneficiary | A | Dividend | L | T | | | | | |
| 29. Lamb & Kawakami | F | Interest | N | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 07/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All of the assets listed in Part VII, lines 19-28, are held by ▇▇▇▇ as trustee (or otherwise in a trust capacity) and I have no beneficial interest in said assets.

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | ˜07/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544